IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KERMIT TY POULSON,<br><br>              Plaintiff,<br><br>vs.<br><br>SHALEESHA KARPYAK, aka "Song Ferrari,"<br><br>              Defendant. | CV 18-160-M-DLC-JCL<br><br>JUDGMENT |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

      Dated this 29th day of November, 2018.

                      TYLER P. GILMAN, CLERK

                      By: /s/ N. Stephens
                      N. Stephens, Deputy Clerk